# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

In re: BARBEY, CRYSTAL M.                    § Case No. 10-19849-B-7K
                                             §
                                             §
Debtor(s)                                    §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

    1.  A petition under Chapter 7 of the United States Bankruptcy Code was filed on August 26, 2010.  The undersigned trustee was appointed on August 26, 2010.

    2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

    3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

    4.  The trustee realized the gross receipts of          $          67,500.00

| | |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 29,827.51 |
| Bank service fees | 857.24 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]     $ | 36,815.25 |

The remaining funds are available for distribution.

    5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 11/07/2011 and the deadline for filing governmental claims was 02/22/2011. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $6,625.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $6,625.00, for a total compensation of $6,625.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $103.25, for total expenses of $103.25.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/28/2013      By: /s/Randell Parker
                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Case 10-19849    Filed 10/29/13    Doc 116

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-19849-B-7K  **Trustee:** (001630) Randell Parker
**Case Name:** BARBEY, CRYSTAL M.  **Filed (f) or Converted (c):** 08/26/10 (f)
  **§341(a) Meeting Date:** 10/12/10
**Period Ending:** 08/28/13  **Claims Bar Date:** 11/07/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Chase checking account  Orig. Asset Memo: Imported from original petition Doc# 27 | 29.00 | 0.00 | | 0.00 | FA |
| 2  Chevron Valley Credit Union Checking and Savings  Orig. Asset Memo: Imported from original petition Doc# 27 | 20.00 | 0.00 | | 0.00 | FA |
| 3  Kern Schools Federal Credit Union Check/Sav.  Orig. Asset Memo: Imported from original petition Doc# 27 | 20.00 | 0.00 | | 0.00 | FA |
| 4  Wells Fargo Checking Account  Orig. Asset Memo: Imported from original petition Doc# 27 | 350.00 | 0.00 | | 0.00 | FA |
| 5  Household goods, furniture, etc.  Orig. Asset Memo: Imported from original petition Doc# 27 | 500.00 | 0.00 | | 0.00 | FA |
| 6  Clothing  Orig. Asset Memo: Imported from original petition Doc# 27 | 100.00 | 0.00 | | 0.00 | FA |
| 7  Misc. Jewelry  Orig. Asset Memo: Imported from original petition Doc# 27 | 200.00 | 0.00 | | 0.00 | FA |
| 8  Sporting goods, etc.  Orig. Asset Memo: Imported from original petition Doc# 27 | 300.00 | 0.00 | | 0.00 | FA |
| 9  Debtor's retirement plan  Orig. Asset Memo: Imported from original petition Doc# 27 | Unknown | 0.00 | | 0.00 | FA |
| 10  Debtor's unpaid disability benefits  Orig. Asset Memo: Imported from original petition Doc# 27 | 1,279.00 | 0.00 | | 0.00 | FA |
| 11  Potential claim proceeds (work related injury) (u)  Amended and reduced value, exempted  Objected to exemption  Court hearing 2/7/13 Judge sustained, all proceeds | 11,063.00 | 67,500.00 | | 67,500.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-19849-B-7K  
**Case Name:** BARBEY, CRYSTAL M.  

**Period Ending:** 08/28/13  

**Trustee:** (001630) Randell Parker  
**Filed (f) or Converted (c):** 08/26/10 (f)  
**§341(a) Meeting Date:** 10/12/10  
**Claims Bar Date:** 11/07/11  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| property of estate | | | | | |
| 12  Spouse's unpaid unemployment benefits<br>    Orig. Asset Memo: Imported from original petition Doc# 27<br>Debtor amended and lowered amount. and exemption. | 639.00 | 961.00 | | 0.00 | FA |
| 13  2004 Chevy Silverado with 150,000 miles<br>    court overruled objection- she keeps the truck<br>Debtor originally valued the vehicle at $6,025. after the debtor re-opened the case, debtor amended and lowered the value and exemption. We objected to the lowering of the value and the exemption on asset 11. (See Footnote) | 3,525.00 | 2,500.00 | | 0.00 | FA |
| 14  2006 GMC Envoy with 47,000 miles<br>    Orig. Asset Memo: Imported from original petition Doc# 27 | 13,575.00 | 0.00 | | 0.00 | FA |
| 15  2010 Tax Refund  (u)<br>    Debtor did not list, requesed when case was reopened. We objected to the exemption, but the Judge overruled.<br>Amended, added, exempted | 8,425.00 | 0.00 | | 0.00 | FA |
| 16  2423 and 2425 Chester Lane<br>    on orig. petition. | 103,000.00 | 0.00 | | 0.00 | FA |
| 16   Assets    Totals (Excluding unknown values) | $143,025.00 | $70,961.00 | | $67,500.00 | $0.00 |

RE PROP# 13    The judge ruled that the bankruptcy estate would receive the full amount of the undisclosed lawsuit,
                asset 11, and allowed debtor to retain the vehicle.

**Major Activities Affecting Case Closing:**

  This case was filed on August 26, 2010, Randell Parker was appointed as trustee.  The 341 meeting was concluded on October 12, 2010. A Report of No Distribution was filed, the case was closed and a Final Decree was issued on December 17, 2010. The case was re-opened and Randell Parker was re-appointed as trustee on July 6, 2011.  The claims bar date expired on November 7, 2011.

  Trustee examined the debtor under oath as to her financial affairs, however the debtor did not disclose a personal injury law suit. After the case was closed the debtor motioned to re-open the case to disclose a personal injury suit.

  Trustee has performed a comprehensive analysis of the bankruptcy petition and schedules for non exempt assets, transfers, and preferences.

  The Trustee has completed his review of the debtors' financials including tax returns, bank statements, wage statements and other financials as requested by and

Case 10-19849   Filed 10/29/13   Doc 116

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

**Case Number:** 10-19849-B-7K  
**Case Name:** BARBEY, CRYSTAL M.  

**Trustee:** (001630)   Randell Parker  
**Filed (f) or Converted (c):** 08/26/10 (f)  
**§341(a) Meeting Date:** 10/12/10  

**Period Ending:** 08/28/13  

**Claims Bar Date:** 11/07/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

provided to the Trustee.

   The debtor amended the petition and lowered the value and exemption on a vehicle in order to exempt more of the suit proceeds. We objected to the amendment, without setting a court date.

   An attorney was employed to assist in this case and special counsel was employed to help settle the personal injury claim.

   We pursued the objections to the exemptions. Court has ruled on our exemption objections and denies debtor's exemption in the lawsuit proceeds but allows the exemptions in the 2004 Chevy pickup and the tax refunds.

   The ETFR date was extended pending the outcome of court approval of our compromise. Our compromise has been approved by the court and all funds are on hand.

   An accountant was employed and tax returns have been filed.

   Claims have been reviewed. All timely filed claims will be paid in full, and tardy claims are pro rated.

**Initial Projected Date Of Final Report (TFR):**   March 31, 2013     **Current Projected Date Of Final Report (TFR):**   September 15, 2013

Printed: 08/28/2013 12:33 PM     V.13.13

Case 10-19849   Filed 10/29/13   Doc 116

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| **Case Number:** | 10-19849-B-7K | | **Trustee:** | Randell Parker (001630) |
| **Case Name:** | BARBEY, CRYSTAL M. | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | ****-******16-66 - Checking Account |
| **Taxpayer ID #:** | **-***0693 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 08/28/13 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | | | | | |
| | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 08/28/2013 12:33 PM    V.13.13

Case 10-19849    Filed 10/29/13    Doc 116

# Form 2
## Cash Receipts And Disbursements Record

| **Case Number:** | 10-19849-B-7K | | **Trustee:** | Randell Parker (001630) |
|---|---|---|---|---|
| **Case Name:** | BARBEY, CRYSTAL M. | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | ****-******16-67 - Checking Account |
| **Taxpayer ID #:** | **-***0693 | | **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Period Ending:** | 08/28/13 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/16/12 | {11} | ERMA | settlement | 1242-000 | 67,500.00 | | 67,500.00 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 50.71 | 67,449.29 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 133.60 | 67,315.69 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001000163088 20130103 | 9999-000 | | 67,315.69 | 0.00 |
| | | | ACCOUNT TOTALS | | 67,500.00 | 67,500.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 67,315.69 | |
| | | | Subtotal | | 67,500.00 | 184.31 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $67,500.00 | $184.31 | |

{} Asset reference(s)

Case 10-19849    Filed 10/29/13    Doc 116

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 10-19849-B-7K  
**Case Name:** BARBEY, CRYSTAL M.

**Taxpayer ID #:** **-***0693  
**Period Ending:** 08/28/13

**Trustee:** Randell Parker (001630)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5767 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 67,315.69 | | 67,315.69 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 103.26 | 67,212.43 |
| 02/04/13 | 20101 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/01/2013 FOR CASE #10-19849-B-7K, ## 016048575   1/1/13-1/1/14 | 2300-000 | | 57.67 | 67,154.76 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 90.18 | 67,064.58 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 93.24 | 66,971.34 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 102.74 | 66,868.60 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 99.38 | 66,769.22 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 89.63 | 66,679.59 |
| 07/17/13 | 20102 | Law Offices of Young & Nichols | court ordered | 3210-000 | | 22,500.00 | 44,179.59 |
| 07/17/13 | 20103 | Law Offices of Young & Nichols | court ordered | 3220-000 | | 6,171.84 | 38,007.75 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 94.50 | 37,913.25 |
| 08/23/13 | 20104 | Internal Revenue Service | 2012 1041 tax  final return 38-7050693 | 2810-000 | | 971.00 | 36,942.25 |
| 08/23/13 | 20105 | Franchise Tax Board | 2012 541 tax  38-7050693 | 2820-000 | | 127.00 | 36,815.25 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 67,315.69 | 30,500.44 | $36,815.25 |
| | | | Less: Bank Transfers | | 67,315.69 | 0.00 | |
| | | | Subtotal | | 0.00 | 30,500.44 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $30,500.44 | |

| | | |
|---|---|---|
| Net Receipts : | 67,500.00 | |
| Net Estate : | $67,500.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ****-******16-66 | 0.00 | 0.00 | 0.00 |
| Checking # ****-******16-67 | 67,500.00 | 184.31 | 0.00 |
| Checking # ******5767 | 0.00 | 30,500.44 | 36,815.25 |
| | $67,500.00 | $30,684.75 | $36,815.25 |

{} Asset reference(s)

Printed: 08/28/2013 12:33 PM    V.13.13

# Claims Register

## Case: 10-19849-B-7K   BARBEY, CRYSTAL M.

Claims Bar Date:  11/07/11

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
|  | Randell Parker<br>3820 Herring Road<br>Arvin, CA 93203<br><2200-00  Trustee Expenses>, 200 | Admin Ch. 7<br>08/26/10 |  | $103.25<br>$103.25 | $0.00 | $103.25 |
|  | Law Offices of Young & Nichols<br>1901 Truxtun Avenue<br>PO Box 2347<br>Bakersfield, CA 93303<br><3210-00  Attorney for Trustee Fees (Other Firm)>, 200 | Admin Ch. 7<br>08/26/10 | Special Counsel | $22,500.00<br>$22,500.00 | $22,500.00 | $0.00 |
|  | Law Offices of Young & Nichols<br>1901 Truxtun Avenue<br>PO Box 2347<br>Bakersfield, CA 93303<br><3220-00  Attorney for Trustee Expenses (Other Firm)>, 200 | Admin Ch. 7<br>08/26/10 | Special counsel | $6,171.84<br>$6,171.84 | $6,171.84 | $0.00 |
|  | Randell Parker<br>3820 Herring Road<br>Arvin, CA 93203<br><2100-00  Trustee Compensation>, 200 | Admin Ch. 7<br>08/26/10 |  | $6,625.00<br>$6,625.00 | $0.00 | $6,625.00 |
|  | KLEIN, DENATALE, GOLDNER<br>4550 CALIFORNIA AVENUE<br>BAKERSFIELD, CA 93309<br><3220-00  Attorney for Trustee Expenses (Other Firm)>, 200 | Admin Ch. 7<br>08/26/10 |  | $40.00<br>$40.00 | $0.00 | $40.00 |
|  | KLEIN, DENATALE, GOLDNER<br>4550 CALIFORNIA AVENUE<br>BAKERSFIELD, CA 93309<br><3210-00  Attorney for Trustee Fees (Other Firm)>, 200 | Admin Ch. 7<br>08/26/10 |  | $11,000.00<br>$11,000.00 | $0.00 | $11,000.00 |
|  | Franchise Tax Board<br>BEBK mail stop A-340 Deborah Troutt<br>P. O. Box  2952<br>Sacramento,, CA 95812-2952<br><2820-00  Other State or Local Taxes (post-petition, incl. post-petition real est. taxes)>, 200 | Admin Ch. 7<br>08/26/10 | 12/31/12 final return | $127.00<br>$127.00 | $127.00 | $0.00 |
|  | Internal Revenue Service<br>Department of the Treasury<br>Ogden, UT 84201-0148<br><2810-00  Income Taxes - Internal Revenue Service (post-petition)>, 200 | Admin Ch. 7<br>08/26/10 | 12/31/12 final return | $971.00<br>$971.00 | $971.00 | $0.00 |
|  | KATHY KLEIN<br>CERTIFIED PUBLIC ACCOUNTANT<br>6061 NORTH FRESNO  STREET, SUITE 106<br>FRESNO, CA 93710-5265<br><3410-00  Accountant for Trustee Fees (Other Firm)>, 200 | Admin Ch. 7<br>08/26/10 |  | $540.00<br>$540.00 | $0.00 | $540.00 |

# Claims Register

### Case:  10-19849-B-7K    BARBEY, CRYSTAL M.

Claims Bar Date:   11/07/11

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
|  | KATHY KLEIN<br>CERTIFIED PUBLIC ACCOUNTANT<br>6061 NORTH FRESNO STREET, SUITE 106<br>FRESNO, CA 93710-5265<br><3420-00   Accountant for Trustee Expenses (Other Firm)>,  200 | Admin Ch. 7<br>08/26/10 |  | $25.93<br>$25.93 | $0.00 | $25.93 |
| 1 | American InfoSource LP<br>as agent for TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK 73124-8866<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>08/08/11 | 3590<br><br>Target<br>Claim was transferred 4/11/13 current address is proper | $1,372.45<br>$1,372.45 | $0.00 | $1,372.45 |
| 2 | Kern Schools Federal Credit Union<br>Attn: Bankruptcy Department<br>PO Box 9506<br>Bakersfield, CA 93389<br><4210-00   Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)>,  999 | Secured<br>08/08/11 | 1919<br><br>loan current - no deficiency  this secured loan is being paid. | $15,822.62<br>$15,822.62 | $0.00 | $15,822.62 |
| 3 | Kern Schools Federal Credit Union<br>Attn: Bankruptcy Department<br>PO Box 9506<br>Bakersfield, CA 93389<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>08/08/11 | 1919<br><br>Overdraft | $921.04<br>$921.04 | $0.00 | $921.04 |
| 4 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp.<br>25 SE 2nd Ave #1120<br>Miami, FL 33131-1605<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>10/04/11 | 8777<br><br>Walmart or GEMB | $723.43<br>$723.43 | $0.00 | $723.43 |
| 5 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp.<br>25 SE 2nd Ave #1120<br>Miami, FL 33131-1605<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>10/04/11 | 7534<br><br>Chevron Texaco PLCC or GEMB<br>Transferred to 13 | $0.00<br>$0.00 | $0.00 | $0.00 |
| 6 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp.<br>25 SE 2nd Ave #1120<br>Miami, FL 33131-1605<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>10/04/11 | 2741<br><br>Old Navy or GEMB transferred  Claim 14 | $0.00<br>$0.00 | $0.00 | $0.00 |

# Claims Register

## Case: 10-19849-B-7K    BARBEY, CRYSTAL M.

Claims Bar Date: 11/07/11

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 7 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp.<br>25 SE 2nd Ave #1120<br>Miami, FL 33131-1605<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>10/04/11 | 8259<br><br>Penneys, Transferred claim 12 | $0.00<br>$0.00 | $0.00 | $0.00 |
| 8 | Wells Fargo Bank, N.A.<br>PO Box 9210<br><br>Des Moines, IA 50306<br><7200-00  Tardy General Unsecured § 726(a)(3)>,  620 | Unsecured<br>11/23/11 | 3957<br><br>Credit Card | $3,372.29<br>$3,372.29 | $0.00 | $3,372.29 |
| 9 | HSBC Bank Nevada, N.A.<br>c/o Bass & Associates, P.C.<br>3936 E. F.t Lowell Road, Suite #200<br>Tucson, AZ 85712<br><br><7200-00  Tardy General Unsecured § 726(a)(3)>,  620 | Unsecured<br>03/15/12 | 5555<br><br>Transferred by 11 and 15<br>Superstores of America | $0.00<br>$0.00 | $0.00 | $0.00 |
| 10 | JPMorgan Chase Bank, N.A.<br>c/o Five Lakes Agency, Inc.<br>P.O. Box 80730<br>Rochester, MI 48308<br><br><7200-00  Tardy General Unsecured § 726(a)(3)>,  620 | Unsecured<br>07/27/12 | 4025<br><br>Deficiency on mortgage<br>Successor to Washington Mutual | $19,938.94<br>$19,938.94 | $0.00 | $19,938.94 |
| 11 | Capital One, N.A.<br>c/o Bass & Associates, P.C.<br>3936 E Ft Lowell Rd #200<br>Tucson, AZ 85712<br><br><7200-00  Tardy General Unsecured § 726(a)(3)>,  620 | Unsecured<br>11/05/12 | 5555<br><br>transfer of 9<br>Transferred by 15 | $0.00<br>$0.00 | $0.00 | $0.00 |
| 12 | Midland Funding LLC<br>Agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>01/28/13 | 8259<br><br>JC Penney or  GEMB Transferred #12 | $646.49<br>$646.49 | $0.00 | $646.49 |
| 13 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605<br><br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>01/28/13 | 7534<br><br>Chevron Texaco PLCC or GEMB<br>Transfer of claim 5 | $1,216.51<br>$1,216.51 | $0.00 | $1,216.51 |

# Claims Register

### Case: 10-19849-B-7K     BARBEY, CRYSTAL M.

Claims Bar Date: 11/07/11

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 14 | Midland Funding LLC<br>Agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605<br><br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>01/29/13 | 2741<br><br>Transfer of claim 6<br>Old Navy or GEMB | $589.91<br>$589.91 | $0.00 | $589.91 |
| 15 | eCAST Settlement Corporation<br>PO Box 7247-6971<br><br>Philadelphia, PA 19170-6971<br><br><7200-00   Tardy General Unsecured § 726(a)(3)>,  620 | Unsecured<br>04/19/13 | 5555<br><br>c/o Bass & Associates, P.C.<br>Transfer of 9 and 11<br>Superstores of America | $3,305.69<br>$3,305.69 | $0.00 | $3,305.69 |
| BOND | International Sureties, LTD.<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139<br><2300-00   Bond Payments>,  200 | Admin Ch.  7<br>08/26/10 | | $57.67<br>$57.67 | $57.67 | $0.00 |
| | | | **Case Total:** | | $29,827.51 | $66,243.55 |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 10-19849-B-7K
Case Name: BARBEY, CRYSTAL M.
Trustee Name: Randell Parker

**Balance on hand:** $ 36,815.25

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 36,815.25

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Randell Parker | 6,625.00 | 0.00 | 6,625.00 |
| Trustee, Expenses - Randell Parker | 103.25 | 0.00 | 103.25 |
| Attorney for Trustee, Fees - KLEIN, DENATALE, GOLDNER | 11,000.00 | 0.00 | 11,000.00 |
| Attorney for Trustee, Expenses - KLEIN, DENATALE, GOLDNER | 40.00 | 0.00 | 40.00 |
| Accountant for Trustee, Fees - KATHY KLEIN | 540.00 | 0.00 | 540.00 |
| Accountant for Trustee, Expenses - KATHY KLEIN | 25.93 | 0.00 | 25.93 |

Total to be paid for chapter 7 administration expenses: $ 18,334.18
Remaining balance: $ 18,481.07

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 18,481.07

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 18,481.07 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 5,469.83 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American InfoSource LP | 1,372.45 | 0.00 | 1,372.45 |
| 3 | Kern Schools Federal Credit Union | 921.04 | 0.00 | 921.04 |
| 4 | GE Capital Retail Bank | 723.43 | 0.00 | 723.43 |
| 12 | Midland Funding LLC | 646.49 | 0.00 | 646.49 |
| 13 | Midland Funding LLC | 1,216.51 | 0.00 | 1,216.51 |
| 14 | Midland Funding LLC | 589.91 | 0.00 | 589.91 |

| | Total to be paid for timely general unsecured claims: | $ | 5,469.83 |
|---|---|---|---|
| | Remaining balance: | $ | 13,011.24 |

Tardily filed claims of general (unsecured) creditors totaling $ 26,616.92 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 48.9 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 8 | Wells Fargo Bank, N.A. | 3,372.29 | 0.00 | 1,648.49 |
| 10 | JPMorgan Chase Bank, N.A. | 19,938.94 | 0.00 | 9,746.82 |
| 15 | eCAST Settlement Corporation | 3,305.69 | 0.00 | 1,615.93 |

| | Total to be paid for tardy general unsecured claims: | $ | 13,011.24 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**